UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **CARLTON E. MCINTOSH, SR.,** | NO. 5:21-CV-236-KKC-EBA |
| Plaintiff, | |
| v. | **ORDER** |
| **COOKIE CREWS,** *et al.*, | |
| Defendants. | |

*******************

This matter is before the Court on a motion for summary judgment (DE 87) filed by Defendants Wellpath-Correct Care Solutions, Dannell Brown, Ricky Richards, Kim Dewhurst, John Goff, and Angela Clifford, M.D. (collectively, "Wellpath Defendants"). Magistrate Judge Edward B. Atkins has filed a report recommending that the Court grant summary judgment. (DE 95.)

The magistrate judge found that there are no genuine issues of material facts and that Wellpath Defendants are entitled to judgment as a matter of law. Accordingly, the magistrate judge recommends that the Court grant summary judgment in favor of Wellpath Defendants. Plaintiff Carlton E. McIntosh, Sr. has not filed any objections to the magistrate judge's recommendation nor requested an extension of time to file objections. (DE 84.)

Having reviewed the recommendation and agreeing with its analysis, the Court hereby ORDERS as follows:

1) The report and recommendation (DE 95) is ADOPTED as the Court's opinion;

2) Wellpath Defendants' motion for summary judgment (DE 87) is GRANTED; and

3) the Court will enter a judgment consistent with this order and the recommendation.

September 3, 2024

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY